

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00058-CR

Darlene Ariel **LEAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7577
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  April 4, 2018

DISMISSED FOR LACK OF JURISDICTION

On May 8, 2017, Darlene Ariel Leal was placed on deferred adjudication community supervision in accordance with her plea-bargain agreement. On December 1, 2017, the terms of her conditions of community supervision were amended. Leal has now filed a notice of appeal with respect to this December 1, 2017, order. However, modification of the "terms of deferred adjudication, like appeals from the modification of terms of probation, are not authorized by the legislature." *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.). "If anything, the decision to modify the appellant's deferred adjudication instead of proceeding with

adjudication was part of the decision whether to proceed with an adjudication of guilt, for which appeal is expressly forbidden." *Id.*; *see also Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) ("There is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision."). Thus, it appears that we have no jurisdiction over this appeal.

We therefore ordered Leal to show cause why this appeal should not be dismissed for lack of jurisdiction. No response has been filed. This appeal is therefore dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM

DO NOT PUBLISH